UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONNIE DENICE WATSON,

Plaintiff,

v.

Case No. 26-mc-50983
Honorable Linda V. Parker

WAYNE SIKORCIN, et al.,

Defendants.
_____________________________/

**ORDER DENYING PLANTIFF'S MOTION AND CLOSING CASE**

Pursuant to an order and amended order issued by the Honorable Judith E. Levy, Connie Denice Watson is enjoined from filing any new lawsuits or other documents in this district without seeking and obtaining leave of court, regardless of whether she pays the filing fee. *See Watson v. Sikorcin*, No. 25-13511, 2026 WL 497793 (E.D. Mich. Feb. 23, 2026); Order, *Watson v. Glenn*, No. 26-11094 (E.D. Mich. May 20, 2026), ECF No. 7. Judge Levy entered the enjoined-filer order in response to Watson's prolific filing of frivolous lawsuits (over 18 in two years) concerning an alleged water balloon invention. *See Watson*, 2026 WL 497793, at *1 (listing filed cases). Judge Levy ordered that, for Watson to obtain leave of court to file a new lawsuit or other document, she needed to file a motion and attach several documents:

a. A copy of the document she proposes to file;

> b. A copy of [Judge Levy's] Order;
>
> c. A written declaration which she has prepared pursuant to 28 U.S.C. § 1726 or a sworn affidavit, certifying that (1) the document raises a new issue which has never been previously raised by her in this or any other court, (2) the claim or issue is not frivolous, and (3) the proposed filing is not being filed in bad faith.
>
> d. A document containing a list showing (1) the complete caption of every suit that has been previously filed by her or on her behalf in any court against each defendant in any new suit she wishes to file and (2) the complete caption of every suit which she has currently pending.

*Id*. Judge Levy warned that the "[f]ailure to follow these requirements will result in the document being stricken." *Id.*

Before the Court is Watson's motion to file another complaint concerning the water balloon invention. (ECF No. 1.) Attached to the motion are 74 pages of documents. (*Id*.) Nowhere in those documents are the materials Judge Levy ordered Watson to include to obtain leave of court to proceed with her complaint. As Watson's proposed Complaint makes the same claims against the same defendants concerning her claimed water balloon invention, she could not realistically even satisfy requirement (c).

Accordingly, the Court **DENIES** the motion seeking leave to file and this matter is **CLOSED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 29, 2026